UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 22, 2022   **Time:** 2:46-3:12= 26 Minutes   **Judge:** William Alsup

**Case No.:** 20-cr-00480-WHA-3   **Case Name:** United States v. Pamela Carrero

**Attorney for Government:** Sailaja Paidpiaty
**Attorney for Defendant:** Ken Wine
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Ruth Ekhaus
**Interpreter:** Carol Rhine-Medina, sworn Spanish   **Probation Officer:** USPO Melissa Moy

**PROCEEDINGS HELD IN PERSON**

1. Sentencing – Held.

**SUMMARY**

Parties stated appearances.  No objections to Presentence Investigation Report.  Court affirmed follow up information requested has been received.

Defendant addressed the Court.

Court sentenced defendant to 19 months imprisonment on Count 5 of the Indictment; 4 years supervised release to follow, however, defendant likely to be deported.  Fine waived; $100 special assessment.  The Court recommends defendant be placed at a facility as close to the San Francisco Bay Area as possible, either at FCI Dublin or remain at Santa Rita Jail.  The Court further recommends defendant be allowed to participate in any services provided by the Child Protective Services (CPS) in connection with her state parental custody case.  See J&C for forfeiture.

Government orally moved to dismiss all remaining counts.  Court granted.

Court directed counsel to advise the Court of outcome of state action by letter.